UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

DENNIS SPINA,

                      Plaintiff,              1:06-cv-0818 (Ross, J.)

-against-                                      **ORDER AND
STIPULATION**

DENTON JONES and CROSS COUNTRY     **AUTHORIZING**
CAPITAL PARTNERS, LP,                         **WITHDRAWAL
AND DISBURSEMENT**
                Defendants, Interpleader     **OF INTERPLEADER**
                Plaintiffs, and Third-Party     **DEPOSIT**
                Plaintiffs,

-against-

DENNIS SPINA, MARK HOTTON,
WQN INC., and OPPENHEIMER & CO., INC.,

                      Interpleader Defendants

-and-

MARK HOTTON, RAMESH AKELLA,
and PHOENIX CAPITAL CORP.,

                      Third-Party Defendants

------------------------------------------------------------------x

      The parties hereto, having agreed to a consensual resolution of all disputes, hereby stipulate and agree to the entry of this Order authorizing the withdrawal and disbursement to the order of Signature Bank Account No. 1500615253 f/b/o WQN, Inc., the sum of one million nine thousand nine hundred fifteen and 46/100 ($1,009,915.46) dollars, plus all interest earned thereon, previously deposited into an interest bearing account of this Court.

1

The parties further stipulate and agree that this Order and Stipulation can be executed in counterparts, each of which shall be deemed an original, and that a faxed signature shall be deemed an original for purposes of this Order and Stipulation.

Dated: New York, New York
May 16, 2006

WROBEL & SCHATZ LLP

By: _____
Philip R. Schatz (PS 6158)
1040 Avenue of the Americas, 11th Floor
New York, New York 10018-2703
*Attorneys for Cross Country Capital Partners LLP and Denton Jones*

SPENCE & DAVIS LLP

By: _____
Brian J. Davis, Esq.
Attorney for Plaintiff
666 Old Country Road, Suite 300
Garden City, NY 11530
*Attorneys for Dennis Spina*

WOLLMUTH MAHER & DEUTSCH LLP

By: _____
David H. Wollmuth, Esq. (DV 9618)
500 Fifth Avenue
New York, NY 10110
*Attorneys for WQN, INC.*

MINTZ & GOLD LLC

By: _____
James McKenney, Esq. (JM 164)
470 Park Avenue South
New York, New York 10016
*Attorneys for Mark C. Hotton*

SO ORDERED:

_____, USDJ

cc: counsel

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on the below date, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

This the 16th day of May, 2006.

WOLLMUTH MAHER & DEUTSCH LLP

By: __/s/ David H. Wollmuth

To: Brian J. Davis, Esq.
SPENCE & DAVIS LLP
666 Old Country Road, Suite 300
Garden City, NY 11530

Attorneys for Plaintiff Dennis Spina

Philip R. Schatz, Esq.
WROBEL & SCHATZ LLP
1040 Avenue of the Americas
New York, NY 10018

Attorneys for Defendants, Interpleader Plaintiffs and Third-Party Plaintiffs
Cross Country Capital Partners, L.P. and E. Denton Jones

James McKenny, Esq.
MINTZ & GOLD LLP
470 Park Avenue South
New York, NY 10016

Attorneys for Interpleader Defendant and Third-Party Defendant Mark Hottor

# WOLLMUTH MAHER & DEUTSCH LLP

500 FIFTH AVENUE

NEW YORK, NEW YORK 10110

TELEPHONE (212) 382-3300
FACSIMILE (212) 382-0050

May 16, 2006

**VIA FACSIMILE**

Monica Shah
Law Clerk to the Honorable Allyne R. Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    RE:  Spina v. Jones, et al., Civil Action No. 06-CV-818 (ARR) - Interpleader

Dear Ms. Shah:

    This office represents interpleader defendant WQN, Inc. ("WQN") in the above titled action. Enclosed, please find a courtesy copy of the Order and Stipulation for Judge Ross' signature regarding the release of monies currently being held by the Court's Financial Department in this action. A Copy of the Order and Stipulation has already been filed electronically via ECF. Please note that while the Parties are still finalizing the last few items with respect to their Settlement Agreement, the Parties have consented to the filing of the enclosed Order and Stipulation. Furthermore, our Firm will hold the disbursed funds in our Client Escrow Account pending final execution of the Settlement Agreement.

    Should the Court have any questions, my colleagues and I shall make ourselves available at the Court's convenience.

Respectfully Submitted,

David H. Wollmuth

Enclosures
cc:  Brian J. Davis, Esq.
      Philip R. Schatz, Esq.
      James McKenny, Esq.

The parties further stipulate and agree that this Order and Stipulation can be executed in counterparts, each of which shall be deemed an original, and that a faxed signature shall be deemed an original for purposes of this Order and Stipulation.

Dated: New York, New York
       May 16, 2006

| | |
|---|---|
| WROBEL & SCHATZ LLP | WOLLMUTH MAHER & DEUTSCH LLP |
| By: _____<br>Philip R. Schatz (PS 6158)<br>1040 Avenue of the Americas, 11th Floor<br>New York, New York 10018-2703<br>*Attorneys for Cross Country Capital Partners LLP and Denton Jones* | By: *[signature]*<br>David H. Wollmuth, Esq. (DW 9618)<br>500 Fifth Avenue<br>New York, NY 10110<br>*Attorneys for WQN, INC.* |
| SPENCE & DAVIS LLP | MINTZ & GOLD LLC |
| By: _____<br>Brian J. Davis, Esq.<br>Attorney for Plaintiff<br>666 Old Country Road, Suite 300<br>Garden City, NY 11530<br>*Attorneys for Dennis Spina* | By: _____<br>James McKenney, Esq. (JM 6164)<br>470 Park Avenue South<br>New York, New York 10016<br>*Attorneys for Mark C. Hotton* |

SO ORDERED:

_____, USDJ

-2-

The parties further stipulate and agree that this Order and Stipulation can be executed in counterparts, each of which shall be deemed an original, and that a faxed signature shall be deemed an original for purposes of this Order and Stipulation.

Dated: New York, New York
    May 16, 2006

WROBEL & SCHATZ LLP

By: _____
    Philip R. Schatz (PS 6158)
    1040 Avenue of the Americas, 11th Floor
    New York, New York 10018-2703
    *Attorneys for Cross Country Capital*
    *Partners LLP and Denton Jones*

SPENCE & DAVIS LLP

By: /s/ Brian J. Davis
    Brian J. Davis, Esq.
    Attorney for Plaintiff
    666 Old Country Road, Suite 300
    Garden City, NY 11530
    *Attorneys for Dennis Spina*

WOLLMUTH MAHER & DEUTSCH LLP

By: _____
    David H. Wollmuth, Esq. (DW 9618)
    500 Fifth Avenue
    New York, NY 10110
    *Attorneys for WQN, INC.*

MINTZ & GOLD LLC

By: _____
    James McKenney, Esq. (JM 6164)
    470 Park Avenue South
    New York, New York 10016
    *Attorneys for Mark C. Hotton*


SO ORDERED:

_____, USDJ

The parties further stipulate and agree that this Order and Stipulation can be executed in counterparts, each of which shall be deemed an original, and that a faxed signature shall be deemed an original for purposes of this Order and Stipulation.

Dated: New York, New York
May 16, 2006

WROBEL & SCHATZ LLP

By: Philip R. Schatz /GCH
Philip R. Schatz (PS 6158)
1040 Avenue of the Americas, 11th Floor
New York, New York 10018-2703
*Attorneys for Cross Country Capital Partners LLP and Denton Jones*

SPENCE & DAVIS LLP

By:______________________
Brian J. Davis, Esq.
Attorney for Plaintiff
666 Old Country Road, Suite 300
Garden City, NY 11530
*Attorneys for Dennis Spina*

WOLLMUTH MAHER & DEUTSCH LLP

By:______________________
David H. Wollmuth, Esq. (DW 9618)
500 Fifth Avenue
New York, NY 10110
*Attorneys for WQN, INC.*

MINTZ & GOLD LLC

By:______________________
James McKenney, Esq. (JM 6164)
470 Park Avenue South
New York, New York 10016
*Attorneys for Mark C. Hotton*

SO ORDERED:

______________________, USDJ