UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DENNIS SPINA,

                Plaintiff,                1:06-cv-0818 (Ross, J.)

    -against-                                              **STIPULATION OF
DISMISSAL *WITH
PREJUDICE***

DENTON JONES and CROSS COUNTRY
CAPITAL PARTNERS, LP,

                Defendants, Interpleader
                Plaintiffs, and Third-Party
                Plaintiffs,

    -against-

DENNIS SPINA, MARK HOTTON, and
WQN INC.,

                Interpleader Defendants

    -and-

MARK HOTTON,

                Third-Party Defendant

------------------------------------------------------------x

      Whereas, the parties hereto have resolved all claims between and among them arising from the facts and circumstances set forth herein, and have entered into a confidential settlement agreement, incorporated herein by reference, setting forth their respective duties and obligations going forward,

      NOW THEREFORE, pursuant to Fed. R. Civ. P. 41(a)(2) and 41(c), this action is hereby dismissed <u>with prejudice,</u> each party to assume its own costs, including reasonable attorney's

fees. The parties further stipulate and agree that this Stipulation can be executed in counterparts, each of which shall be deemed an original, and that a faxed signature shall be deemed an original for purposes of this Stipulation.

Dated: New York, New York
June 19, 2006

WROBEL & SCHATZ LLP

By: _____
Philip R. Schatz (PS 6158)
1040 Avenue of the Americas, 11th Floor
New York, New York 10018-2703
*Attorneys for Cross Country Capital Partners LLP and Denton Jones*

WOLLMUTH MAHER & DEUTSCH LLP

By: *David H. Wollmuth /GCH*
David H. Wollmuth (DW 7618)
500 Fifth Avenue
New York, NY 10110
*Attorneys for WQN, INC.*

SPENCE & DAVIS LLP

By: _____
Brian J. Davis, Esq.
Attorney for Plaintiff
666 Old Country Road, Suite 300
Garden City, NY 11530
*Attorneys for Dennis Spina*

MINTZ & GOLD LLC

By: _____
Steven A. Samide, Esq.
470 Park Avenue South
New York, New York 10016
*Attorneys for Mark C. Hotton*

SO ORDERED:

_____, USDJ

2

fees. The parties further stipulate and agree that this Stipulation can be executed in counterparts, each of which shall be deemed an original, and that a faxed signature shall be deemed an original for purposes of this Stipulation.

Dated: New York, New York
June 19, 2006

WROBEL & SCHATZ LLP

By: _____
Philip R. Schatz (PS 6158)
1040 Avenue of the Americas, 11th Floor
New York, New York 10018-2703
*Attorneys for Cross Country Capital
Partners LLP and Denton Jones*

WOLLMUTH MAHER & DEUTSCH LLP

By:_____

500 Fifth Avenue
New York, NY 10110
*Attorneys for WQN, INC.*

SPENCE & DAVIS LLP

By:_____
Brian J. Davis, Esq.
Attorney for Plaintiff
666 Old Country Road, Suite 300
Garden City, NY 11530
*Attorneys for Dennis Spina*

MINTZ & GOLD LLP

By: _____
James McKenney, Esq.  (JM 6164)
470 Park Avenue South
New York, New York 10016
*Attorneys for Mark C. Hotton*

SO ORDERED:

_____, USDJ

2

fees. The parties further stipulate and agree that this Stipulation can be executed in counterparts, each of which shall be deemed an original, and that a faxed signature shall be deemed an original for purposes of this Stipulation.

Dated: New York, New York
       June 19, 2006

WROBEL & SCHATZ LLP

By: _____
    Philip R. Schatz (PS 6158)
1040 Avenue of the Americas, 11th Floor
New York, New York 10018-2703
*Attorneys for Cross Country Capital
Partners LLP and Denton Jones*

SPENCE & DAVIS LLP

By: /s/ Brian J. Davis
    Brian J. Davis, Esq.
Attorney for Plaintiff
666 Old Country Road, Suite 300
Garden City, NY 11530
*Attorneys for Dennis Spina*

WOLLMUTH MAHER & DEUTSCH LLP

By: _____

500 Fifth Avenue
New York, NY 10110
*Attorneys for WQN, INC.*

MINTZ & GOLD LLP

By: /s/ James McKenney (JM 6164)
    James McKenney, Esq.
470 Park Avenue South
New York, New York 10016
*Attorneys for Mark C. Hotton*

SO ORDERED:

_____, USDJ

2